**656**

GREATER HARTFORD FREE BRIDGE ASSOCIATION, Benjamin H. Manheim, Individually, doing business as Lincoln Auto Supply Co., Plaintiffs-Appellants,

v.

GREATER HARTFORD BRIDGE AU-THORITY, Defendant-Appellee.

No. 262, Docket 25462.

United States Court of Appeals Second Circuit.

Argued Feb. 13, 1959.

Decided March 31, 1959.

Leo Parskey, Hartford, Conn. (Parskey, Gross & Kline, Hartford, Conn., on the brief), for plaintiffs-appellants.

John J. Kenny, Hartford, Conn. (F. Timothy McNamara, Hartford, Conn., on the brief), for defendant-appellee.

Before MEDINA, LUMBARD and WATERMAN, Circuit Judges.

PER CURIAM.

Affirmed on the opinion below. 172 F. Supp. 244. In addition, we note that Section 209.210, Title 33, Code of Federal Regulations prescribes in detail the administrative remedy available to appellants.